LAW OFFICES OF BILL LATOUR
JESSICA WARREN [CSBN: 257274]
    1420 E. Cooley Dr., Suite 100
    Colton, California 92324
    Telephone: (909) 796-4560
    Facsimile: (909) 796-3402
    E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ALFONSO M. FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Commissioner of Social Security,<br><br>    Defendant. | No. CV 21-07942 PD<br><br><u>ORDER AWARDING EAJA FEES</u> |

    Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

    IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND TWO HUNDRED SEVENTY DOLLARS AND 00/100 ($1,270.00) subject to the terms of the stipulation.

DATE:  February 25, 2022        *PATRICIA DONAHUE*
                                         HON. PATRICIA DONAHUE
                                         UNITED STATES MAGISTRATE JUDGE